FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-4057
_____

ROBIN PARKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 27, 2024

PER CURIAM.

DENIED. *See Freeman v. State*, 761 So. 2d 1055, 1069 (Fla. 2000) (holding that "ineffective assistance of [appellate] counsel cannot be argued where the issue was not preserved for appeal"). *See also Medina v. Dugger*, 586 So. 2d 317, 318 (Fla. 1991) (same).

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert R. Berry of the Law Office of Robert R. Berry, P.A., Tallahassee, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.